UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY, INC.,<br>d/b/a/ THE CAPITAL GRILLE<br><br>Defendants. | : | CA 05 479S<br>C.A. No.__________ |

**PETITION FOR REMOVAL**

Defendant Capital Grille Holdings, Inc. (incorrectly identified as RARE Hospitality, Inc., and hereinafter referred to as "Defendant"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states:

1. State Court Action. This is an action filed on or about September 22, 2005 in the Superior Court, County of Providence, State of Rhode Island being numbered C.A. No. PC05-4929 on the docket of said court and being a suit by Plaintiff Linda Elliot against the Defendant.

2. Federal Jurisdiction. As alleged in paragraph 2 of the Complaint, RARE Hospitality International, Inc. (incorrectly identified as RARE Hospitality, Inc.) ("RARE") is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business located in Atlanta, Georgia. Plaintiff's employer was Capital Grille Holdings, Inc. Capital Grille Holdings, Inc. is a North Carolina corporation with its principal place of business in Atlanta, Georgia. Plaintiff Linda Elliot is an individual with her principal residence in North Scituate, Rhode Island. Upon information and belief all based upon the allegations in the Complaint, the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars,

exclusive of interest and costs. Accordingly, this Court has original jurisdiction over this matter based upon complete diversity of citizenship, pursuant to 28 U.S.C. § 1332(a), and the above-described civil action is one that may be removed pursuant to 28 U.S.C. § 1441.

3. Timeliness of Removal Petition. Plaintiff served process on Defendant's agent for service of process, CT Corporation System, on or about October 20, 2005. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. Relief Requested. Defendant respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

CAPITAL GRILLE HOLDINGS, INC.

By its Attorneys,

Sheryl D. Hanley

Sheryl D. Hanley, ID (#5439)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
888-325-9632 (Telecopy)

Dated: November 18, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Catherine A. Sammartino, Esq.
Sammartino & Berg
128 Dorrance Street, Suite 400
Providence, RI 02903

Sheryl D. Hanley