UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT

Plaintiff,

v. C.A. No. 05-479S

RARE HOSPITALITY, INC.
d/b/a THE CAPITAL GRILLE,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By:____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 11/18/05