UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY, INC.,<br>d/b/a/ THE CAPITAL GRILLE<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-479S |

## LOCAL RULE 36(b) STATEMENT

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of Linda Elliot v. RARE Hospitality, Inc., d/b/a The Capital Grille, C.A. No. PC05-4929.

Respectfully submitted,

CAPITAL GRILLE HOLDINGS, INC.

By its Attorneys,

Sheryl D. Hanley, ID (#5439)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
888-325-9632 (Telecopy)

Dated: November 18, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Catherine A. Sammartino, Esq.
Sammartino & Berg
128 Dorrance Street, Suite 400
Providence, RI 02903

Sheryl D. Hanley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY, INC.,<br>d/b/a/ THE CAPITAL GRILLE<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-479 S |

**INDEX OF DOCUMENTS**

Pursuant to General Order 2003-01, attached hereto are certified copies of all of the filings in the matter of Linda Elliot v. RARE Hospitality, Inc., d/b/a The Capital Grille, C.A. No. PC05-4929, arranged as follows:

A. Clerk's Certification

B. Docket Event Listing Sheet

C. Complaint

D. Civil Case Cover Sheet

E. Receipt for Filing Complaint

F. Summons

G. Defendant's Answer to Complaint

H. Notice of Removal with attached Petition for Removal