UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY, INC.,<br>d/b/a/ THE CAPITAL GRILLE<br><br>Defendants. | : | C.A. No.: 05-479-ML |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Capital Grille Holdings, Inc. ("Capital Grille Holdings") submits the following Disclosure Statement. Capital Grille Holdings is a wholly owned subsidiary of RARE Hospitality International, Inc., a publicly traded corporation on the NASDAQ Stock Exchange.

CAPITAL GRILLE HOLDINGS, INC.

By its Attorneys,

Sheryl D. Hanley (#5439)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23d day of December, 2005, I sent by first-class mail, postage prepaid, a copy of the foregoing Rule 7.1 Disclosure Statement to the following counsel of record:

Catherine A. Sammartino, Esq.
Sammartino & Berg
128 Dorrance Street, Suite 400
Providence, RI 02903

[signature]