UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT,
Plaintiff

v. C.A. No. 05-049ML

RARE HOSPITALITY, INC.
d/b/a THE CAPITAL GRILLE,
Defendant

**STIPULATION ENLARGING THE TIME IN WHICH PLAINTIFF MAY RESPOND TO DISCOVERY**

It is hereby agreed by the parties that the Plaintiff may have up to and including Wednesday, April 26, 2006, within which to respond to the Defendant's Request for Production of Documents and Interrogatories in the above-captioned matter.

LINDA ELLIOT
By her Attorneys,

CathieAS

Catherine A. Sammartino
R.I. Bar No. 4762
Sammartino & Berg, LLP
128 Dorrance Street
Providence, RI 02903
Tel. 401 274-0113
Fax 401 274-0175

CAPITAL GRILLE HOLDINGS, INC.,
By its Attorneys,

Sheryl D. Hanley/CAS

Sheryl D. Hanley
R.I. Bar No. 5439
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401 276-6628
Fax 888 325-9632

Dated: April 14th, 2006

Enter: Mary M. Lisi
USDJ 4/20/06