RECEIVED

JUN 02 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA ELLIOT :
:
Plaintiff, :
:
v. : C.A. No. 05-479-ML
:
RARE HOSPITALITY, INC., :
d/b/a THE CAPITAL GRILLE :
:
Defendants. :

**STIPULATION**

Plaintiff Linda Elliot ("Plaintiff") and Defendant RARE Hospitality d/b/a The Capital Grille ("Defendant"), by and through their attorneys, hereby agree that the Defendant may have up to and through June 16, 2006 to respond and/or object to the Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

RARE HOSPITALITY, INC.

By its Attorneys,

Sheryl Hanley (#5439)
Raymond M. Ripple (#6489)
~~EDWARDS ANGELL PALMER~~
& DODGE LLP
Providence, RI 02903
2800 Financial Plaza
(401) 274-9200
(401) 276-6611 (Fax)

LINDA ELLIOT

By her Attorneys,

Catherine A Sammartino (#4762)
Marta Garrett (#7130)
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 (Fax)

Enter: Mary M. Lisi
USDJ 6/5/06