UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-049-ML |
| | : | |
| RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE | : | |
| | : | |
| Defendant. | : | |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH**

Defendant RARE Hospitality, Inc. d/b/a The Capital Grille ("Defendant") hereby moves to extend the deadline to respond to Butler Hospital's Motion to Quash a subpoena duces tecum up to and including August 17, 2006. Defendant respectfully submits that counsel for Butler Hospital has assented to this extension of time.

RARE HOSPITALITY, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Sheryl Hanley (#5439)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
shanley@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2006, I caused a true and accurate copy of the foregoing document to be served on the following counsel of record:

Matthew P. Horvitz, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Catherine Sammartino, Esq.
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903

/s/ Raymond M. Ripple