UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT :
Plaintiff, :
v. : C.A. No. ~~05-049~~-ML 05-479ML
RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE :
Defendant. :

RECEIVED
AUG 10 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH**

Defendant RARE Hospitality, Inc. d/b/a The Capital Grille ("Defendant") hereby moves to extend the deadline to respond to Butler Hospital's Motion to Quash a subpoena duces tecum up to and including August 17, 2006. Defendant respectfully submits that counsel for Butler Hospital has assented to this extension of time.

RARE HOSPITALITY, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Sheryl Hanley (#5439)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
shanley@eapdlaw.com
rripple@eapdlaw.com

Martin
Date: 8/14/06

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 16, 2006