# AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I, Linda Elliot, hereby authorize the use or disclosure of my protected health information as described below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and thereafter may not be subject to federal or state law protecting its confidentiality.

2. Patient Name: Linda Elliot
   Date of Birth: 6/28/50

3. Information to be disclosed to: Edwards Angell Palmer & Dodge LLP, Sheryl D. Hanley, Esq., and their agents.

4. Information to be disclosed: Complete records (including written reports and opinions, test results, patient intake forms, treatment notes, medical treatment records, hospital records, psychological and psychiatric treatment and medical/legal records, x-rays or other imaging results, billing statements, pathology reports, EKG results, progress notes, laboratory reports, dental records, operative reports, radiology reports, discharge summaries, emergency room reports, history and physical exams, diagnostic imaging reports, consultations, genetic testing information, and outpatient clinic records) created or maintained by or on behalf of Butler Hospital and/or John A. Gaines, M.D.

5. The above information is disclosed for the following purposes: Legal proceedings.

6. This authorization will expire automatically in one year from the date of my signature below, however, I have the right to revoke this authorization at any time by sending written notification to any of the health care providers identified in paragraph 4 above, unless action has already been taken in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage and the insurer has a legal right to contest a claim.

7. By signing this authorization I agree that I have read this authorization and have been given the opportunity to ask questions. I can request a copy of this authorization at any time after signing it.

8. A facsimile of this document shall be considered as valid as the original.

9. Signature of person authorizing release: Linda A. Elliott

10. Date: 8/10/06