UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT | : | |
| | : | |
| v. | : | No. 05-049-ML |
| | : | 05-479 ML |
| RARE HOSPITALITY, INC d/b/a THE CAPITAL GRILLE | : | |

**BUTLER HOSPITAL'S MOTION TO QUASH**

Pursuant to Federal Rules of Civil Procedure 45(c)(3)(A)(iii), non-party Butler Hospital ("Butler") moves to quash a subpoena and notice of deposition seeking the medical records of Linda Elliot from December 1, 2002 to the present (the "subpoena").

Under the Rhode Island Mental Health Law Butler is not permitted to acknowledge whether or not the requested documents exist without a court order. If the requested documents do exist, the subpoena should be quashed on the grounds that it calls for the disclosure of confidential information. The Rhode Island Confidentiality of Health Care Communications and Information Act also prohibits disclosure of these medical records because Ms. Elliot was not served with adequate notice of the subpoena. If the court does find these records should be produced, they should first be reviewed in camera by the Court.

In support of this motion, Butler relies upon its attached memorandum of law.

Withdrawn per letter of 8/23/06 from Butler's counsel. David L. Martin USMJ 8-24-06

Referred to U.S.M.J. Martin
☒ for findings & recommendation
☒ for determination
☐ ____________
Mary M. Lisi, U.S. District Judge
Date: 8/2/06

RECEIVED
AUG 2 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND