UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff,<br><br>v.<br><br>RARE HOSPITALITY, INC.,<br>d/b/a THE CAPITAL GRILLE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-479-ML |

**ENTRY OF APPEARANCE**

I, Stephen J. MacGillivray, Esq., of the law firm of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of Defendant, RARE Hospitality, Inc., d/b/a The Capital Grille.

Respectfully Submitted,

/s/ Stephen J. MacGillivray

Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone (401) 274-9200
Fax (401) 276-6611
smacgillivray@eapdlaw.com

Date: October 10, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 10th day of October, 2006, and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Matthew P. Horvitz, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
mhorvitz@haslaw.com

Catherine Sammartino, Esq.
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
cas@sbllp.net

/s/ Stephen J. MacGillivray
______________________________
Stephen J. MacGillivray