UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT,
Plaintiff

v. C.A. No. 05-479 ML

RARE HOSPITALITY, INC.
d/b/a THE CAPITAL GRILLE,
Defendant

**ENTRY OF APPEARANCE**

I hereby enter my appearance in the above-entitled action on behalf of the Plaintiff, Linda Elliot.

/s/ Andrew Berg

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274—0175 fax

**Certification of Service**

I hereby certify that on this 11th day of October 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any.

Sheryl D. Hanley, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Stephen J. MacGillivray, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

/s/ Andrew Berg__________
Andrew Berg