CG Thank N
274-2700

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

LINDA ELLIOT

V.

RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-049ML

TO: Christopher Reynolds
Northern Rhode Island Uniforms
38 Pascoag Main Street
Pascoag, Rhode Island 02859

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Sammartino & Berg, 128 Dorrance St. #400, Prov., R.I. | 10/13/06 10:00 AM |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney For Plaintiff | 10/10/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Catherine A. Sammartino, Esquire, 128 Dorrance ST. Providence (401) 274-0113

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| SERVED | DATE: 10-12-06 | PLACE: W RE Capital Grill |
| SERVED ON (PRINT NAME): Christopher Reynolds | | MANNER OF SERVICE: In hand |
| SERVED BY (PRINT NAME): EDWIN J Semper Jr | | TITLE: Federal Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10-10-06
DATE

$41.00 fees

[signature]
SIGNATURE OF SERVER

56 Hunters Run
ADDRESS OF SERVER
N. Prov RI 02904