UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br>Plaintiff | : | |
| v. | : | C.A.NO.: 05-479ML |
| RARE HOSPITALITY, INC.,<br>d/b/a THE CAPITAL GRILLE,<br>Defendant | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance in the above-entitled action on behalf of the Plaintiff, Linda Elliot.

/s/Marta E. Garrett
Marta E. Garrett Bar No. 7130
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

**Certification of Service**

I hereby certify that on this 25th day of October, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any.

Sheryl D. Hanley, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Stephen J. MacGillivray, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/Marta E. Garrett________
Marta E. Garrett