UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT,<br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY, INC.<br>d/b/a THE CAPITAL GRILLE,<br>Defendant | ) | C.A.NO.: 05-049ML |

**MOTION OF PLAINTIFF, LINDA ELLIOT, TO COMPEL RESPONSES TO FIRST REQUESTS FOR PRODUCTION**

Now comes plaintiff, Linda Elliot, and hereby submits the within motion to compel Responses to First Request for Production of Documents from Defendant, Rare Hospitality Inc., d/b/a the Capital Grille.

Respectfully Submitted,

Linda Elliot,
By Her Attorneys,

SAMMARTINO & BERG, LLP

/s/ Catherine A. Sammartino, Esquire
R.I. Bar No. 4762
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

/s/ Marta E. Garrett, Esquire
R.I. Bar No. 7130
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 25th day of October 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any.

Sheryl Hanley, Esquire
Raymond Ripple, Esquire
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/ Mary E. Gilson, Legal Assistant