# EXHIBIT B

Elliot

HOSPITALITY RARE[SM] INTERNATIONAL, INC.

# TEAM MEMBER HANDBOOK

LONGHORN STEAKHOUSE

THE CAPITAL GRILLE

BUGABOO CREEK STEAK HOUSE
THE FLAVOR OF THE CANADIAN ROCKIES

DEFENDANT'S EXHIBIT
B
Elliot
9/14/06

RA000120

Typical signs of intoxication include:

- Glassy eyes
- Unusual behavior
- Overly friendly or even overly abusive
- Loss of motor skills – stumbling or slurred speech
- A change in skin tone (becoming pale or flushed)
- Slow or exaggerated responses when addressed

**Do not refuse to serve the Guest yourself.** Instead, acknowledge any alcoholic beverages and inform the manager of any of the c characteristics which you have identified. It is not your responsibil refuse service; the manager will take care of the situation for you.

By following these procedures, you can help ensure our restaurants prc a safe, enjoyable dining experience.

## Equal Employment Opportunity

At RARE, we strive to make our workplace the best place for you to w grow and be successful. In support of this goal, we provide e employment opportunity to qualified persons without regard to race, c religion, gender, sexual orientation, national origin, age, or knc disabilities. Our policy relates to all phases of employment, incluc recruitment, placement, promotion, training, transfer, terminat compensation, employee benefits, and participation in all comp sponsored employee activities. If you require reasonable accommodati because of a qualified disability under the Americans with Disabilities A you must notify your supervisor and/or the Human Resources Department quickly as possible.

## Harassment Policy

Sexual harassment and harassment on the basis of an individual's rac color, religion, gender, sexual orientation, national origin, age, or disabil will not be tolerated at RARE HOSPITALITY INTERNATIONAL, INC. This includ harassment by supervisors, team members, vendors, and Guests. Any tea member who engages in any action or conduct constituting harassme will be subject to appropriate disciplinary action, up to and includir termination.

Harassment may take many forms. Sexual harassment may includ promises of benefits in exchange for sexual favors, threats of reprisal fc refusal to engage in social or sexual relations, and **sexually suggestive an offensive language**. The following behavior may be grounds for disciplinar action:

- Abusing the dignity of a team member through insulting or degrading sexual remarks or conduct;
- Threats, demands, or suggestions that a team member's refusal to submit to sexual advances will adversely affect his or her employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development; and
- Retaliation against a team member for complaining about the behavior described above.

Other prohibited harassment may be verbal or physical conduct that defames or shows hostility toward a team member because of his or her race, color, religion, gender, sexual orientation, national origin, age, or disability or that of his or her relatives, friends, or associates and that: (1) has the purpose or effect of creating an abusive or hostile work environment; (2) has the purpose or effect of unreasonably interfering with a team member's work performance; or (3) otherwise adversely affects a team member's employment opportunities. Such harassment may include, but is not limited to, the following:

- Epithets, slurs, stereotyping, intimidating, threatening, or any hostile act that relates to race, color, religion, gender, sexual orientation, national origin, age, or disability; and
- Written or graphic material that defames or shows hostility or aversion toward an individual or group because of race, color, religion, gender, sexual orientation, national origin, age, or disability.

All complaints of harassment should be reported to one of your managers, your Regional Manager, or Nancy Winship in Human Resources (800-434-MAIL). **The important thing is that you talk to someone who can help**, since we cannot protect you from such behavior if we are unaware that it is occurring. Every complaint will be investigated and appropriate action taken in accordance with this policy.

All team members are required to join the company in implementing this policy. All complaints of harassment, as well as the investigation of such complaints, will be kept as confidential as reasonably possible.

## Standards of Conduct

As a RARE team member, you are expected to observe the highest standards of professional conduct and act responsibly in conducting yourself, both on duty and off duty.

12. Insubordination; refusal or failure to follow instructions or perfor as assigned, or countermanding supervisor's instructions authorization.
13. Rude, discourteous or offensive conduct towards a team m Guest, supervisor, or manager; making false, vicious, prof malicious statements to/about a team member, Guest, the co or its facilities.
14. Disregard or violation of a posted, known, written, or company/restaurant policy, procedure, or rule.
15. Dishonesty; knowingly making false statements or material omissi personal or other company records.
16. Falsification of tip reports, Guest checks, time cards, emplo applications, payroll records, accounting reports, or other cor records.
17. Failure to report dishonest conduct on the part of Guests, members, or managers.
18. Unauthorized removal/sharing of privileged company inform giving company information to competitors or other organization
19. Mishandling company funds, or failure to follow cash or Guest c procedures.
20. Lending money to or borrowing money from other team men managers or Guests.
21. Negligence resulting in the loss of company assets of substantial v
22. Creating or contributing to unsanitary, hazardous, or u conditions; tampering with company equipment, alarm syster safety equipment.
23. Theft or destruction of company/Guest property; any unautho possession, removal, or attempted removal from the premises o company property or property of a Guest, vendor, or team memb
24. Failure to immediately report any safety problems, security prob or accidents on company premises involving team members, Gu vendors, or company property.
25. Disrespect to a Guest; discussing tips with Guests; gross lack of cou toward a Guest.
26. Disorderly conduct; engaging in horseplay; fighting or provokir fight, or use of physical force against a team member or Guest ex in self-defense; acts of violence towards a team member or G using obscene, profane or abusive language; causing a disturba engaging in lewd, obscene or otherwise inappropriate or disor conduct.
27. Soliciting, procuring or engaging in any immoral acts on the premis
28. Gambling or conducting a lottery on company premises.
29. Unauthorized possession or use of any type of firearms, weap fireworks, or explosives on company property or while on duty.
30. Being convicted of a felony occurring while employed.