# EXHIBIT C

# Confidential Memorandum

To: Linda Elliot, Server SS#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
From: Brian J. Foye, Regional Director of Operations- The Capital Grille
Date: November 8, 2002
Re: Written Warning and Last chance Agreement

This memorandum serves to follow up our investigation into a recent complaint filed by other staff members of the Capital Grille Providence.

The investigation found that you used poor judgment and acted inappropriately in dealing with another staff member. It is imperative that you use better judgment in your actions in the future. The RARE handbook specifically states on page 27, paragraph 26 ***"use of physical force against a team member or guest except in self defense; acts of violence towards a team member or a guest; causing a disturbance; engaging in inappropriate or disorderly conduct."***

We conclude that your actions warrant termination of employment, however, due to certain mitigating circumstances, including your acknowledgement you understand the seriousness of your misconduct, we are willing to provide you with one last chance to adhere to policies and procedures. Any future infractions of company policy will result in immediate termination.

Your signature below acknowledges receipt of this warning and agreement that you could be terminated for any future inappropriate behavior. You also agree to comply with all conduct and performance expectations set forth in the employee handbook.

Linda Elliot (signed) Sign under duress

Linda Elliot Server
The Capital Grille of Providence

(signature)

Brian J. Foye,
Regional Director of Operations
The Capital Grille

Note: this complaint called directly into corporate

DEFENDANT'S EXHIBIT
G
9/14/06

RA000007