# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT
Plaintiff

v. CA. NO. 05-049ML

RARE HOSPITALITY, INC.
d/b/a THE CAPITAL GRILLE,
Defendant

DEPOSITION OF STEPHEN A. LYDON, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, at the offices of Sammartino & Berg, 128 Dorrance Street, Suite 400, Providence, Rhode Island, on October 18, 2006, before Frances D. Young, Notary Public, convening at 2 a.m.

APPEARANCES:

Sammartino & Berg
BY: Catherine A. Sammartino, Esquire
Counsel for the Plaintiff

Edwards Angell Palmer & Dodge
BY: Stephen J. MacGillivray, Esquire
Counsel for the Defendant

IRONS & ASSOCIATES
Certified Professional Reporters
31 Harris Avenue
Portsmouth, Rhode Island 02871
(401) 683-1930

Did Linda Elliot ever tell you that Tom was moving her guest checks to other tables?
A. She said on one or two occasions that somebody was moving checks on her. She didn't mention who or how. I can tell you on a busy night sometimes things get confused. People go in and hit the wrong check or -- I mean, that would happen to everybody.
Q. Did she ever tell you that people were using her pass-code to delete items, remove items from guest checks, or place -- add items on guest checks that hadn't been purchased?
A. I don't remember.
Q. You mentioned that you do recall her saying that someone, not particularly Tom, was moving guest checks to other tables.
Did you take any action in response to that particular complaint?
A. It was a pretty isolated incident. It wasn't -- during the course of the night sometimes checks get confused from different servers on a busy night. It just happens.
Q. So it was a one-time thing, is that your testimony?
A. Maybe one or two times, yeah.

that"?

Because at that point I'm seven months into the job, she's really the most productive server in the company; never calls in sick, never -- always ready to pick up a shift. You know, so many good, productive points about her. I said, "What do you mean by that"? I know she can be aggressive and steamroll people sometimes, but she'd produce, and that I had gathered from when I was behind the bar. And I said, "What do you mean, Linda being Linda"?

And he didn't really say he saw anything, but Mike said that Rob was standing there putting down like three or four glasses, was talking to him, and that Linda came in with a full tray and just elbowed him out of the way pretty forcefully, and then slammed the tray down into the service bar. And when he said, "Say excuse me," she just lit him up with that comment.

And at that point Linda had already signed a last-chance agreement a long time before with the Regina incident. Nothing was done about the Tom McDonald incident. And my boss was on vacation, I believe, Ken Osgood. And so the first thing I did was I called Brian Foye and said, you know, "What

do you want me to do? How do you want me to handle this?"

And Linda, of course, came in and told me that Rob shoved her, and initiated the contact, and came out with the comments first. And it was exactly the opposite. But, you know, we had always given Linda the benefit of the doubt because she would produce.

Q. Now --

A. She was always there on time. Never called in sick, rang high numbers. There were some complaints about her dominating other people, pushing people around, although not in the particular instance that it escalated to with these three people. As I say, nothing was done about the busser incident. But, you know, we would always try to give her the benefit of the doubt because she had been there so long, she was so helpful, and Brian Foye, my regional vice-president, and Ken Osgood, the general manager, the managing partner really liked her. She was -- she was lionized as somebody who could produce at the annual meetings, you know. And here I am a brand new manager, and I wanted to give her the benefit of the doubt.

remember whether it was that night or the next
morning. I don't know.
Q. Okay. And who made the decision to terminate her?
A. Ken Osgood.
Q. Were you involved in that decision? Did you
discuss it with him?
A. Yeah, I discussed what happened, but at that point
I'm a junior manager who's nine months into the
job. He just wanted to know who saw what, what
happened, and who initiated what. I wouldn't say I
was involved in the decision. I would say I was
more just somebody who was there.
Q. Right.
A. Kenny was the general manager, managing partner,
and I was just a junior manager.
Q. Were you present when Mr. Osgood terminated Linda?
A. Yes.
Q. And can you describe what happened then?
A. Well, the office is probably almost the size of
this table. It's probably, I don't know, 12-by-4
at the most. And the walking space is only
probably 2 1/2 feet. There's a desk the length of
the office.
So I'm standing down this end where the

stenographer would be, and the door is over there to my left, and Kenny's sitting down at the other end of the office about -- actually it's probably 10-by-4, the office -- down the end of the office. And she is sitting or standing next to him; at different times, sitting and standing.

And I didn't say a word during the whole thing. To tell you the truth, I was still kind of intimidated by the whole incident. And he pulled out paperwork and said, you know, you had a last chance agreement with Regina, and then you got Tommy McDonald coming in here. He had mentioned it to me once before. He mentioned it to Steve. I guess he said something to Ron Mezza before.

But he just basically pulled out the agreement that she had, cited the Tom McDonald thing, and then cited this, and he said something to the effect, "I can't protect you anymore. We can't have this kind of conduct," or -- and she blew up.

Q. What did she say?

A. Oh, lord. "You've got to be kidding me," I guess. I don't recall, to tell you the truth. She just got very emotional. Something about all the years

point out all her good points.

And then when she turned around I was going to open the door for her, and she shoved me against the wall. You know, just -- and slammed open the door. And directly across from the office -- I was fairly taken aback by that action because I didn't say a word during the whole thing. Evidently she viewed me as I don't know what. But she shoved me -- and I was standing next to a filing cabinet -- into the filing cabinet; slammed the door open. And directly across from the office -- the door swings open -- there's probably whatever a legal hallway is, 3 feet or 3 1/2 feet, whatever the heck it is, with a 3-foot door opening into it, leaving not much space. And directly across from that is where the uniforms are stored. So it hit somebody on the way out. Turns out it was Tim Corcoran. He was getting his uniform. And we had been talking to her just before the shift had started, and everybody else was coming in for their shift, get their uniforms and go out there.

She swung the door open, you know, hard, and it hit him, and then she grabbed the door again as she was getting out and said, "Get the hell out

of my way," and then slammed it into him again. He was standing there like with his hands up next to the uniforms, you know, looking at me like I was supposed to -- I don't know -- incredulous at me. And she swore at him, and then went into the ladies' room to clean out her locker, and was slamming things around and screaming. And Kenny and I just kind of looked at each other hoping it would end, that it wouldn't escalate from there, obviously, because it was already getting extremely emotional. I mean, you know, shoving me, you know, slamming the door into him.

To tell you the truth, at that point I was just hoping it wouldn't totally get out of hand and she wouldn't start whacking people because she was pretty emotional.

Q. When you say she swore at Tim, what did she say?

A. Well, when the door came open she didn't know he was there, I guess, but -- I'm not sure. You know, there's windows there, but I don't know if she knew he was there. But anyway, she slams the door open, it hits him, and he steps back, and she slams it again into him because he had taken one step back and the door was only half open at that point, and