# EXHIBIT G

14. Describe all "inappropriate behavior" engaged in by Linda Elliot, as set forth in The Capital Grille's answer to complaint.

**RESPONSE:** While an employee of The Capital Grille, the Plaintiff engaged in the following instances of inappropriate behavior that were reported to management and memorialized: (1) March 25, 1998 – server Anthony Dichiaro complained of harassing conduct by the Plaintiff; (2) November 8, 2001 – Plaintiff pushed fellow server Regina Curran and was reprimanded by Regional Director of Operations Brian Foye for violating provisions of the employee handbook. Plaintiff signed a Last Chance Agreement as a result of this incident; (3) May 18, 2002 – server Tom McDonald made a verbal complaint to Manager Steve Lydon for pushing by Plaintiff; (4) May 23, 2002 – server Tom McDonald complained of two separate incidences of elbowing by Plaintiff resulting in a formal letter written to management on the physical harassment by Plaintiff; (5) September 22, 2002 – server Rob Moren alleged that Plaintiff engaged in physical and verbal abuse of him. Defendant will supplement its response to this interrogatory in accordance with the Federal Rules of Civil Procedure.

In addition to the foregoing, Plaintiff also engaged in other behavior that warranted verbal correction.

15. Describe all complaints lodged against Linda Elliot during her Capital Grille Employment and The Capital Grille's response to each such complaint.

**OBJECTION:** Defendant objects to this interrogatory on the grounds that the term "complaint" is vague and ambiguous. Defendant further objects on the grounds that the interrogatory does not specify who could have complained of the Plaintiff's conduct, and to whom the complaints would have been made. The term "complaints" is extremely general in nature and is not limited in any way (e.g., "complaints" by other employees, by guests, by

**VERIFICATION**

I, Ken Osgood, have reviewed the foregoing interrogatory responses and believe them to be true and accurate to the best of my knowledge and belief.

Kenneth J. Osgood

Subscribed and sworn before me this 20th day of June 2006.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

KIMBERLEY G. BOWERS NOTARY PUBLIC STATE OF GEORGIA

Notary Public
My Commission Expires: KIMBERLEY G. BOWERS
Notary Public - State of Georgia
Qualified in Fulton County
My Commission Expires October 14, 2007

**AS TO OBJECTIONS:**

CAPITAL GRILLE HOLDINGS, INC.

By its Attorneys,

Sheryl D. Hanley (#5439)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Telephone 401-274-9200
Fax 401-276-6611