# EXHIBIT I

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC
CHARGE NUMBER: 04ESE 016-33/06 16JA300241

State of Rhode Island Commission For Human Rights and EEOC
*State or local Agency, if any*

NAME *(Indicate Mr., Ms., Mrs.)*: Linda F. Elliot
HOME TELEPHONE *(Include Area Code)*: 401-647-2571
STREET ADDRESS / CITY, STATE AND ZIP CODE: 11 Cooke Drive, N. Scituate, RI 02857
DATE OF BIRTH: 6/28/50

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| RARE Hospitality Int'l, Inc. d/b/a Capitol Grill | 500+ | 401-521-5600 |

| STREET ADDRESS / CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| One Cookson Place, Providence, RI 02903 | Providence |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE: *EARLIEST* / *LATEST*
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

R.I.C.H.R.
JUL 18 2003

1. I have been subjected to a discriminatory and hostile work environment and ultimately terminated due to my gender by my former employer, RARE Hospitality International d/b/a The Capital Grille ("Capital Grille"). In addition, Capital Grille took adverse employment action against me in retaliation for my making complaints of discrimination and hostile work environment.

2. I was employed by Capital Grille from 1991 until September 26, 2002. Capital Grille is an upscale steak house resturant. After my first year, I was promoted to head server.

3. During approximately the final year of my employment at Capital Grille, I was subjected to sexist, derogatory comments from male co-workers. In addition, the same male co-workers engaged in acts of harassment, including but not limited to making false accusations of misconduct against me, and interfering with my serving of customers.

4. I complained to the upper management of Capital Grille regarding the hostile work environment and discrimination. The Capital Grille failed to take any corrective action.

5. My complaints to Capital Grille management resulted in my demotion from head server, and subsequently, my termination.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Mrs Linda F. Elliot

Date 7/16/03 Charging Party *(Signature)*

SIGNATURE OF COMPLAINANT: Mrs Linda F. Elliot

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
Catherine A. Sammartino

EEOC FORM 5 (Rev. 06/92)

Linda F. Elliot
Charge of Discrimination (Con't)

R.I.C.H.R.

JUL 18 2003

6. I incorporate by reference my statement in response to Question No. 7 of the Rhode Island Commission For Human Rights Discrimination Questionnaire, which was filed contemporaneously with this Charge of Discrimination.

7. I believe that the hostile work environment at Capital Grille, and the adverse employment actions by Capital Grille, were the result of my gender (female), and that my demotion and termination were in retaliation for reporting said acts of discrimination and hostile work environment.

8. The unlawful employment practices of the Capital Grille has resulted in loss of my job, and has caused me to suffer a loss of income and job benefits. I have also experienced mental pain and suffering as a result of Capital Grille's unlawful employment practices.