# EXHIBIT J

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

* * * * * * * * * * * * * * * * * *
LINDA ELLIOT *
*
VS. * C.A. NO. 05-049ML
*
RARE HOSPITALITY, INC., d/b/a *
THE CAPITAL GRILLE *
* * * * * * * * * * * * * * * * * *

DEPOSITION of RONALD P. CORBETT, taken on behalf of the Plaintiff on Thursday, October 12, 2006, at the offices of Sammartino & Berg, 128 Dorrance Street, Suite 450, Providence, Rhode Island, commencing at 10:00 A.M. before Rebecca J. Forte, Notary Public.

APPEARANCES

SAMMARTINO & BERG
BY: CATHERINE A. SAMMARTINO, ESQ....FOR THE PLAINTIFF
EDWARDS, ANGELL, PALMER & DODGE
BY: RAYMOND M. RIPPLE, ESQUIRE......FOR THE DEFENDANT

IRONS & ASSOCIATES
CERTIFIED PROFESSIONAL STENOGRAPHERS
11 South Angell Street #359
Providence, Rhode Island 02906
(401) 861-0909



INDEX

WITNESS FOR THE PLAINTIFF PAGE NUMBER
RONALD P. CORBETT
EXAMINATION BY MS. SAMMARTINO........... 3

EXHIBITS
(MARKED PLAINTIFF FOR IDENTIFICATION)
NO. DESCRIPTION PAGE NUMBER
1 Grievance..........................22
2 Copy of card sent to Linda Elliot...32



Wednesday, October 11, 2006
(Commencing at 10:00 A.M.)
RONALD P. CORBETT
Being duly sworn, deposes and testifies as follows:
EXAMINATION BY MS. SAMMARTINO

Q Good morning, Mr. Corbett. My name is Catherine Sammartino and I represent Linda Elliot in a wrongful termination action currently pending in the Rhode Island Federal Court. Thank you for appearing this morning. I understand that you are appearing pursuant to Subpoena, is that correct?
A Correct.
Q Okay. I understand that you have not had your deposition taken before, so I'm going to explain the process generally to you. You are under oath, and I will be posing questions to you, which you will be responding to, obviously. Rebecca is the stenographer and she will be recording every word that I say and every word that you say. What happens after she records it is that it will be prepared in what looks like a book, it's a transcript, and it will show each question that I've posed to you and then it will show your response, it will identify me and then identify you and your



response. If you don't understand a question that I ask you, just let me know and I'll be happy to rephrase it for you. If you need to take a break for any reason, you're welcome to do so. Just let me know and we'll take a break. I understand that need a break at about 11:15. If we go to that point, I'll make sure that we stop, okay?
A Okay.
Q I understand that you presently work at The Capital Grille?
A Yes.
Q And how long have you worked there?
A Sixteen years.
Q What is your title at The Capital Grille?
A Head server.
Q What does a head server do?
A Among other things, cash-out other servers on a given shift, and we also, I'm a certified trainer, so I do training as well.
Q And is a certified trainer something that a head server does, or is that an additional responsibility that you have?
A An additional responsibility.
Q Have you ever heard of the phrase closing server?

Page 13

because Rob Moren and I don't talk.
Q Okay.
A All right. So, I don't, I mean, he's -- I don't hear him talk, all right, but the rest of the staff, I can tell you the tenor of the comments of the staff, and I'm sure he agreed with them.
Q Okay.
A Is that she was crazy, and that she was, you know, a little demented, you know, and everyone regretted working with her and was glad she was not there.
Q Who said that, who said she was crazy?
A I don't remember. It was just a group. I don't recall who said this.
Q How many servers are working at The Capital Grille?
MR. RIPPLE: Objection.
A I'm not sure.
Q It's more than 15, correct?
A Yes.
Q So, was everybody saying this about Linda Elliot, or were there certain people who were voicing these opinions about her?
A Well, everyone knew about the lawsuit since she left, and some people's lives were inconvenienced by it, but it wasn't a topic of conversation every day.

Page 14

I mean, it was just from time to time, and I didn't work -- I've worked sometimes just three shifts and sometimes four, and I only worked at night, so I didn't hear all these comments, only when I was there would I, and the general tenor of comments was that she was a little unstable.
Q Was there any explanation for that? Was there any information provided to substantiate that opinion of her?
A Not that I know of.
Q In your personal opinion, is Linda Elliot crazy?
MR. RIPPLE: Objection.
A I'm not a psychiatrist.
Q But none of the servers are either, correct?
A Right.
Q Okay.
A I'd rather not make a judgment on that.
Q All right. I understand that. Before Linda Elliot left The Capital Grille, did you observe her in any negative interactions with Tom McDonald?
A I didn't observe -- I did see part of it.
Q Okay. Can you describe what you saw?
A You see, Linda Elliot was in Station 10 every night, she was a very preferred server, she got the best

Page 15

stations, the best schedule, and she always got set early and late. So, sometimes there was -- she was a very preferred server by management, and she actually was a closing manager sometimes, and sometimes she, when she wasn't a closing manager, she would feel like she had management powers, which she really didn't, so she would, like, order people around, and when people didn't jump, she would get angry, very quickly angry, and her demeanor was very aggressive and truculent, because she felt like they should respond to her like a manager, and she wasn't.
Q So, what happened between her and Tom McDonald?
A I think she pushed him at the service bar. That's all I know. She pushed him out of the way to get drinks at the service bar. I really don't know the story.
Q Did you see this?
A I did not see it.
Q When you say she pushed him, how did you get that information?
A Just from knowing that, I guess Tom filed a grievance against her.
Q So, did you speak to Tom about it or did you hear

Page 16

him saying anything about it?
A I really didn't care about it. I really didn't care about these office politics.
Q I understand. How did you know about this, how did you know?
A Just from the fact that, I guess Tom had said, I can't believe Linda just pushed me.
Q So, you heard him say that?
A I guess. Something like that. I'm not -- you know, I think he might have said, someone's got to put a stop to her, and I might have heard something like that, and so he said, you know what, I'm going to file a grievance.
Q Did you ever hear any of the servers talk about accessing her customer computerized records to change them or merge them, merge customer checks, did you ever hear anything about that?
A Never.
Q Did you ever observe anybody using her access code to merge customer checks or make deletions?
A Never.
MR. RIPPLE: Let her finish the question.
THE WITNESS: I thought that was the

Page 17

question.
MS. SAMMARTINO: It's okay.
Q Are you aware of any other incidents between Linda Elliot and any other servers at The Capital Grille?
A Not with a server.
Q Anybody at Capital Grille?
A She was particularly aggressive with the host stand.
Q Who's that?
A The people, the women that seat the tables.
Q Oh, I see.
A And there was one night she was having a problem with Arden not seating her properly, or not getting her enough tables soon enough, and she called her a dirty Jew.
Q A what?
A A dirty Jew.
Q Did you hear that?
A Oh, yes, I did.
Q And who was it that she said this to?
A Arden.
Q Is that a last name or a first name?
A Arden was a first name. She had a way of doing that, using derogatory terms when she didn't get her way. I happened to be in earshot that one time to

Page 18

hear that, and I was shocked that she would say that, but it was not uncommon for her to act like that when she didn't get what she wanted.
Q Did you observe her in any other situations, saying something that you found offensive when she didn't get what she wanted?
A Not that I can remember. Linda was not someone I focused on, you know.
Q Well, I understand that. I'm just trying to find out what you observed personally, what you're aware of, okay?
A Yes.
Q Okay.
MR. RIPPLE: If you don't remember, you don't remember.
A I can't remember anything specific. I remember that one standing out.
Q Okay. Now, we were talking about Tom McDonald earlier, and you indicated that you might have observed part of an incident. Was that the pushing situation that you?
A I didn't observe it.
Q Okay.
A He, Tom, said to me, I think, if I recall correctly,

Page 19

"I can't believe she just pushed me at the service bar. She, like, pushed me out of the way." And, Tom is a big guy. I don't know if you met him.
Q No. Did you ever observe Rob Moren refusing to move when Linda Elliot was trying to get by him?
A I can't be certain of that.
Q When you say you can't be certain, do you have a recollection of that happening?
A Not necessarily, but since you said it, I can imagine it happening, but I don't know if it actually did happen. I think maybe Rob would not allow her to push her way through, you know, to the service bar. You know, some people would let her get through, but I don't think Rob would ever let her do that.
Q What about Tom McDonald, did you ever observe Tom McDonald blocking her from?
A Never.
Q Did you ever hear discussion by any of the servers about getting rid of her, getting her fired?
A No. But, apparently, there are a lot of complaints about her in her file, she's had a lot of incidents where she had encounters, and the staff wondered, you know, how much longer would they put up with

Page 20

her. But, she served a function. She was a part-time manager, she was intent every night, she got wonderful perks because of it, and I think she was very protected by management.
Q Were staff members jealous of her in some way?
A They might have been because she certainly made a lot of money being in Station 10 every night, but there are other head servers that didn't want to be in 10, so they were glad that she was doing the closing, so.
Q Now, did you observe her in Station 10 every night that you worked?
A Not every night, but a vast majority of them, yes.
Q But you just said she's in Station 10 every night?
A All right, then let's reframe that. That she was in there often. She was in there often.
Q Okay. And you mentioned that she had a lot of complaints about her in her file. How do you know that?
A Only because I've been dragged into this case, after four years.
Q Who have you talked to that gave you that information that she has a lot of complaints in her file?