UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br>Plaintiff | : | |
| v. | : | C.A.NO.: 05-479ML |
| RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE<br>Defendant | : | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The parties in the above captioned matter hereby respectfully request that this Honorable Court grant their Assented To Motion for Enlargement of Time to File An Opposition to Defendant's Motion for Summary Judgment.

As grounds therefore, the Parties state that Defendant filed their Motion for Summary Judgment on October 30, 2006. Plaintiff's response thereto is due on November 16, 2006. Due to time constraints, Plaintiff has requested a two week extension to file her opposition, that is on or before **November 30, 2006.** Defendant does not object to this request.

Therefore, the Parties respectfully request that this Assented to Motion be Granted by this Honorable Court.

Respectfully Submitted
On behalf of the Parties,

SAMMARTINO & BERG, LLP

/s/Catherine A. Sammartino

_____________________________

Catherine A. Sammartino, Esquire
Andrew Berg, Esquire
Marta E. Garrett, Esquire
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I, Marta E. Garrett, hereby certify that on this 16 day of November 2006, that I caused an electronic copy of the within to be filed, via the electronic case filing system.

/s/ Marta Garrett

_____________________________

Marta E. Garrett