UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br>Plaintiff | : | |
| v. | : | C.A.NO.: 05-479ML |
| RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE<br>Defendant | : | |

**PLAINTIFF, LINDA ELLIOT'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff, Linda Elliot, and files this Motion in Opposition to Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule Cv 56.

Plaintiff's grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

Plaintiff,
Linda Elliot,
By Her Attorneys,

SAMMARTINO & BERG LLP

/s/Catherine A. Sammartino

Catherine A. Sammartino, Esquire
Andrew Berg, Esquire
Marta E. Garrett, Esquire
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of November, 2006, that I caused a copy of the within MOTION to be filed, via electronic case filing, to the following counsel of record:

Stephen J. MacGillivray, Esquire
Sheryl Hanley, Esquire
Raymond Ripple, Esquire
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611