# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT
Plaintiff

v. CA. NO. 05-049ML

RARE HOSPITALITY, INC.
d/b/a THE CAPITAL GRILLE,
Defendant

**DEPOSITION OF STEPHEN A. LYDON**, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, at the offices of Sammartino & Berg, 128 Dorrance Street, Suite 400, Providence, Rhode Island, on October 18, 2006, before Frances D. Young, Notary Public, convening at 2 a.m.

**APPEARANCES**:

Sammartino & Berg
BY: Catherine A. Sammartino, Esquire
Counsel for the Plaintiff

Edwards Angell Palmer & Dodge
BY: Stephen J. MacGillivray, Esquire
Counsel for the Defendant

IRONS & ASSOCIATES
Certified Professional Reporters
31 Harris Avenue
Portsmouth, Rhode Island 02871
(401) 683-1930

COPY

would be the same. Like somebody striking somebody else or something else, I don't think I would handle it differently.

Q. For example, you just provided an example, someone striking someone else. Has that ever happened?

A. Yes.

Q. Have you received a complaint of that nature?

A. Yes.

Q. And who struck whom? What complaint did you receive?

A. Linda Elliot striking Tom McDonald.

Q. How big is Tom McDonald?

A. He's big.

Q. And Linda is big too, or small?

A. Small.

MR. MACGILLIVRAY: Objection.

Q. And when you say Linda struck Tom McDonald, did she pull her arm back and punch him?

A. I wasn't there.

Q. Is that what was alleged?

A. It was alleged that there were elbows thrown.

Q. Okay. And did you ask Mr. McDonald to give you an example of how Linda Elliot threw her elbows?

A. Did I ask him for a specific -- how it happened?

Q. To demonstrate how she used her elbows.
A. Yeah. Yes, I did.
Q. And what did he explain or demonstrate to you that Linda Elliot did?
A. He said he was facing the terminal with his back to everything else, and that she came up from behind him on his left side, and threw an elbow two or three times into his, like, kidney or ribs.
Q. Okay.
A. From behind, almost.
Q. So basically used his elbow --
A. Her.
Q. Used her elbow and put it into his side?
A. Yeah, that would probably be appropriate, the back of his side, I guess.
Q. Okay. And you determined that that was striking someone?
A. I didn't determine that. I asked him did he think he was being struck aggressively because, you know, he's at the time, you know, 6-5 or 6-4, about 260, and she's 5-2, 5-3, about 130, 40. So what I did was I asked him -- obviously I tried to discount it because of his size. I mean, not discount it, but I was a little shocked. But that wasn't his first

complaint. He had mentioned it a few times prior to that. And I would, given the size of the two people, looking at them, I would be, like, I mean, can't you just handle this? Why do I have to get involved with this? How can somebody that size be harassing you?

So at that point he was very serious this time, and I was frankly still taken aback because of the size difference between them. So I went to investigate it with other people.

Q. And when you say you "went to investigate it with other people," who was involved in the investigation?

A. Besides myself?

Q. Correct.

A. Who was investigating or who was -- who I investigated with?

Q. Whatever you mean by your answer. You said you "went to investigate it with other people."

A. I asked if there were any witnesses, to the staff. And there was a Robert Carlin and a Katie Jordan who were probably about 15 feet behind -- no, less than that -- about 12 feet behind them. There's a little hallway that comes out with a clear shot, so

A. There was a time where a runner was fired like nine, ten years ago when I was a bartender, where a runner was fired for striking somebody; once.
Q. And was that a punch, when you say "striking somebody"?
A. I'm not sure. I'm not sure. Like I said, that's five, six, seven years before I was a manager. I was a new bartender or something at the time. That was a long time ago. Maybe ten years ago.
Q. Do you know why Regina Curran was terminated from the company?
A. Yes. She was very outspoken. And there was one particular night -- she wasn't the best of performers as far as being very service-oriented or very quick at what she did. Her production was fairly low. And one particular night I guess she really insulted one table when something was wrong. She just basically told them too bad or something. Just really insulted one table over a guest complaint, and that was that. She was let go after that.
Q. Are you aware of other instances of conduct or discipline that she had had before she got terminated?