# Exhibit E

# EXAMPLES OF TEAM PLAYERS

1. Help with greeting guests at the front door.
2. Help with answering the telephone.
3. Help with seating guests.
4. Help with greeting guests at tables other than your own.
5. Help with removing extra place settings from tables other than your own.
6. Help with watering tables other than your own.
7. Help with giving bread to tables other than your own.
8. Help in giving a "FOLLOW" to other servers when asked.
9. Help with "CLEARING" tables other than your own.
10. Help with maintaining STOCK during the shift.
11. Re-stock items when the last is taken.
12. Help in maintaining a clean and orderly environment at all times.
13. Offer help to ANYONE in need.
14. Tell other TEAM MEMBERS when items are LOW or OUT.
15. Be PATIENT with new TEAM MEMBERS.
16. Be a MENTOR and GOOD EXAMPLE to new TEAM MEMBERS.
17. Help in finding SOLUTIONS to problems.
18. Maintain a GOOD ATTITUDE.
19. Remain PROFESSIONAL at all times.
20. ENJOY WORKING WITH EVERYONE!

# MOST COMMON SERVER COMPLAINTS

1. There isn't enough business tonite! You have too many servers on the floor.

   **RESPONSE: HAVE YOU WRITTEN YOUR THANK-YOU CARDS TODAY?**

2. It's so slow tonite!

   **RESPONSE: HAVE YOU WRITTEN YOUR THANK-YOU CARDS TODAY?**

3. Look at all the empty tables tonite!

   **RESPONSE: HAVE YOU WRITTEN YOUR THANK-YOU CARDS TODAY?**

4. Can I go home? I have nobody in my section!

   **RESPONSE: HAVE YOU WRITTEN YOUR THANK-YOU CARDS TODAY?**

5. Why am I so low in the headcount?

   **RESPONSE: HAVE YOU WRITTEN YOUR THANK-YOU CARDS TODAY?**

# BEING A CAPITAL GRILLE TEAM PLAYER

1. **RESPECT other TEAM MEMBERS at all times, by being KIND and COURTEOUS to each other.**
2. **Be a PRO-ACTIVE TEAM PLAYER, ie; REACT POSITIVELY TO TEAM MEMBERS.**
3. **Offer assistance to TEAM MEMBERS willingly, without HESITATION!**
4. **Ask for HELP when needed!**
5. **Work TOGETHER and NOT AGAINST each other!**
6. **Remain FOCUSED and give UNDIVIDED ATTENTION to GUESTS and other TEAM PLAYERS.**
7. **Celebrate our SUCCESS and help to find SOLUTIONS to our WEAKNESSES!**
8. **Be a HAPPY TEAM PLAYER!**
9. **Be A TEAM PLAYER that is PROUD of the job that we do.**
10. **Be a GOOD EXAMPLE at all times!**

# EXAMPLES OF TEAM PLAYERS

1. Help with greeting guests at the front door.
2. Help with answering the telephone.
3. Help with seating guests.
4. Help with greeting guests at tables other than your own.
5. Help with removing extra place settings from tables other than your own.
6. Help with watering tables other than your own.
7. Help with giving bread to tables other than your own.
8. Help in giving a "FOLLOW" to other servers when asked.
9. Help with "CLEARING" tables other than your own.
10. Help with maintaining STOCK during the shift.
11. Re-stock items when the last is taken.
12. Help in maintaining a clean and orderly environment at all times.
13. Offer help to ANYONE in need.
14. Tell other TEAM MEMBERS when items are LOW or OUT.
15. Be PATIENT with new TEAM MEMBERS.
16. Be a MENTOR and GOOD EXAMPLE to new TEAM MEMBERS.
17. Help in finding SOLUTIONS to problems.
18. Maintain a GOOD ATTITUDE.
19. Remain PROFESSIONAL at all times.
20. ENJOY WORKING WITH EVERYONE!