# Exhibit G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br>Plaintiff | : | |
| v. | : | C.A.NO.: 05-479ML |
| RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE<br>Defendant | : | |

**AFFIDAVIT OF LINDA ELLIOT**

I, Linda Elliot, upon oath depose and state as follows:

1. I was never informed or advised by any manager, including, but not limited to, Steve Lydon, Kenneth Osgood and Ron Mesa, at The Capital Grille that complaints against fellow employees had to be reduced to writing.

Linda Elliot
Linda Elliot

NOTARY

Subscribed and sworn before me in Providence, Rhode Island on this 30th day of November, 2006.

Notary Public
CATHERINE A. SANMARTINO
My commission expires: 9-30-9