# Exhibit J

RARE HOSPITALITY INTERNATIONAL, INC.SM

# TEAM MEMBER HANDBOOK

LONGHORN STEAKHOUSE

THE CAPITAL GRILLE

BUGABOO CREEK STEAK HOUSE

THE FLAVOR OF THE CANADIAN ROCKIES

Typical signs of intoxication include:

- Glassy eyes
- Unusual behavior
- Overly friendly or even overly abusive
- Loss of motor skills – stumbling or slurred speech
- A change in skin tone (becoming pale or flushed)
- Slow or exaggerated responses when addressed

**Do not refuse to serve the Guest yourself.** Instead, acknowledge any alcoholic beverages and inform the manager of any of the c characteristics which you have identified. It is not your responsibi refuse service; the manager will take care of the situation for you.

By following these procedures, you can help ensure our restaurants pr a safe, enjoyable dining experience.

## Equal Employment Opportunity

At RARE, we strive to make our workplace the best place for you to v grow and be successful. In support of this goal, we provide e employment opportunity to qualified persons without regard to race, c religion, gender, sexual orientation, national origin, age, or kn disabilities. Our policy relates to all phases of employment, incluc recruitment, placement, promotion, training, transfer, terminat compensation, employee benefits, and participation in all comp sponsored employee activities. If you require reasonable accommodati because of a qualified disability under the Americans with Disabilities A you must notify your supervisor and/or the Human Resources Department quickly as possible.

## Harassment Policy

Sexual harassment and harassment on the basis of an individual's rac color, religion, gender, sexual orientation, national origin, age, or disabil will not be tolerated at RARE HOSPITALITY INTERNATIONAL, INC. This includ harassment by supervisors, team members, vendors, and Guests. Any tea member who engages in any action or conduct constituting harassme will be subject to appropriate disciplinary action, up to and includir termination.

Harassment may take many forms. Sexual harassment may includ promises of benefits in exchange for sexual favors, threats of reprisal fo refusal to engage in social or sexual relations, and **sexually suggestive an offensive language**. The following behavior may be grounds for disciplinar action:

- Abusing the dignity of a team member through insulting or degrading sexual remarks or conduct;
- Threats, demands, or suggestions that a team member's refusal to submit to sexual advances will adversely affect his or her employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development; and
- Retaliation against a team member for complaining about the behavior described above.

**Other prohibited harassment may be verbal or physical conduct that defames or shows hostility toward a team member because of his or her race, color, religion, gender, sexual orientation, national origin, age, or disability or that of his or her relatives, friends, or associates and that: (1) has the purpose or effect of creating an abusive or hostile work environment; (2) has the purpose or effect of unreasonably interfering with a team member's work performance; or (3) otherwise adversely affects a team member's employment opportunities.** Such harassment may include, but is not limited to, the following:

- Epithets, slurs, stereotyping, intimidating, threatening, or any hostile act that relates to race, color, religion, gender, sexual orientation, national origin, age, or disability; and
- Written or graphic material that defames or shows hostility or aversion toward an individual or group because of race, color, religion, gender, sexual orientation, national origin, age, or disability.

All complaints of harassment should be reported to one of your managers, your Regional Manager, or Nancy Winship in Human Resources (800-434-MAIL). **The important thing is that you talk to someone who can help**, since we cannot protect you from such behavior if we are unaware that it is occurring. Every complaint will be investigated and appropriate action taken in accordance with this policy.

All team members are required to join the company in implementing this policy. All complaints of harassment, as well as the investigation of such complaints, will be kept as confidential as reasonably possible.

## Standards of Conduct

As a RARE team member, you are expected to observe the highest standards of professional conduct and act responsibly in conducting yourself, both on duty and off duty.