# Exhibit K

PROVIDENCE RI 02904
PM
24 DEC
2002




Linda Elliott
11 Cooke St.
N. Sciatuate, R.I.

02857/1603



Joy to the World

#1

MOST HATED

NO UNEMPLOYMENT
"DENIED"

no-sex

moron

FIRED
AT
60!!
HA HA

Hoping your
men AND women
HATE
h
Joy a her ppiness

Spiteful
freak

YOU FINALLY GOT
WHAT YOU DESERVE
YOU UGLY, SEX-LESS, NO-CLASS
HAG

push people

MONKEY-WOMAN

WHAT EVERYONE AT THE
GRILLE SAYS

'I hope I never hear that horrible woman's name again in my life. She's a sociopath'