# Exhibit M

Patchis & WAYNE "The Handwriting Experts"

Pauline Patchis
— COURT QUALIFIED —
EXAMINER OF QUESTIONED DOCUMENTS

67 SOUTH FAIR STREET
WARWICK, RHODE ISLAND 02888-1651

TELEPHONE: ( 401 ) 467-5641
FAX: ( 401 ) 467-5688

## SCIENTIFIC AND IMPARTIAL DOCUMENT EXAMINATION REPORT

**CASE SUBMITTED BY:**

CATHERINE A. SAMMARTINO, Attorney at Law
SAMMARTINO AND BERG LLP
Shakespeare Hall, 128 Dorrance St., Suite 400
Providence, Rhode Island 02903
(401) 274-0113 FAX/274-0175

**DATE:** January 8th, 2003

**RE:** ANONYMOUS HANDWRITING AND/OR HANDPRINTING EXAMINATIONS TO DETERMINE AUTHORSHIP

**OUR FILE #:** #010703-FX

**QUESTIONED DOCUMENT (S):**

Q-1: All pertinent handwriting, cursive style, as seen on an envelope, in question, and addressed: LINDA ELLIOTT 11 COOKE ST. N. SCIATUATE, (sic) R.I.

Q-2: All pertinent handprinting, block style, as seen on a greeting card, in question, along with other "cut-out" phrases

**"KNOWN" DOCUMENTS:**

"Known" Samples of Handprintings Attributed to an Individual KNOWN TO CLIENT: (Client Redacted the Identity of the Writer)

K-1/K-2: A two-page document, written in predominantly block style handprinting, dated on Page 1 (K-1) as SAT. SEPT 21, 2002 and on Page 2 (K-2) as 9/26/02

**OBJECTIVE:**

To determine, if applicable, if the "questioned" writer and the "known" writer are one and the same individual; that is, Q-1/Q-2 vs. K-1/K-2, described above

**RESULTS OF FINDINGS:**

Q-1, the "questioned" handwriting on the envelope, cannot be adequately compared against the "known" block handprinting of K-1/2. Q-2, however, the "questioned" handprinting on the greeting card does show evidence of COMMON writing/printing characteristics when compared against the writing/printing style of the "known" writer of K-1/K-2. Common letter design, pen movement & direction and other general habits and patterns of the "known" writer are also indicated in the "questioned" block style handprinting of the greeting card.

**OPINION:** **Based on a reasonable degree of scientific certainty, it is the opinion of this document examiner that,** while the identity of the Q-1 writer cannot be determined (the envelope in question), the identity of the Q-2 writer of the greeting card shares a significant number of COMMON printing characteristics with the "known" writer of the two-page document. Therefore, the Q-2 writer and the K-1/K-2 writer are, in all probability, one and the same individual.

This document examiner is prepared to present the *actual findings* in a court of law or other judicial body, should expert witness testimony be required in this matter. Thank you for submitting this case and for your confidence.

RETAINER FEE REC'D: $

TOTAL BALANCE DUE: $

Pauline Patchis
BOARD-CERTIFIED DOCUMENT EXAMINER