# Exhibit O

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA ELLIOT, :
Plaintiff :
:
vs. : C.A. NO. 05-479-ML
:
RARE HOSPITALITY, INC. d/b/a
THE CAPITAL GRILLE

DEPOSITION OF ROBERT A. ELLIOT, SR., a Witness in the above-entitled cause, taken on behalf of the Defendant, before April C. Costa, Notary Public in and for the State of Rhode Island at the offices of EDWARDS, ANGELL, PALMER & DODGE, LLP, 2800 Financial Plaza, Providence, Rhode Island, on October 12, 2006 at 2:00 p.m.

APPEARANCES:

FOR THE PLAINTIFF..........SAMMARTINO & BERG
BY: CATHERINE SAMMARTINO, ESQ.
FOR THE DEFENDANT..........EDWARDS, ANGELL, PALMER & DODGE, LLP
BY: RAYMOND M. RIPPLE, ESQ.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

all cleaned, she turned around and saw him dumping milk inside the refrigerator.
There were other incidents where she would have guest checks that were messed up or like charges on one check that belonged on another or so forth, and that's not like Linda. Linda is very meticulous at her work.
Q. And she --
A. And she didn't know how this would happen. Then she had mentioned to me, she said she thought it was probably the little clique of people that were giving her a hard because someone had mentioned to her, and I don't know who this someone was -- I wouldn't know the name -- had mentioned to her that they had her password.
Q. And so she thought that it was Tom McDonald who had created that problem for her?
MS. SAMMARTINO: Objection.
Q. You can answer.
A. I don't know who she thought it was. It was within the clique, I think, of people -- I really don't know who she thought it was. If she told me, I don't remember.
Q. Okay. When your wife would complain about work, did she ever indicate that it was as a result of her



being a woman?
A. Yes.
Q. What did she say?
A. Said that guys get away with a lot more than the women do. She once -- not once but many times she complained about the guys walking into the ladies room.
Q. So the guys would walk into the ladies room?
A. At will. And she would say something to them, and they would say, Well, the men's room is filled. She complained to management, and they never did anything about it. They'd just walk in there at will.
Q. Anything else?
A. No, because she loved her job, right up until the last day. Her job was never an issue. It was the people -- some of the people that were there, and she just thought that the men were allowed to get away with things that the women were not -- she was not.
Q. Did she ever complain about any problems with female coworkers?
A. Sometimes, but nothing other than normal restaurant business.
Q. And the problems that she described with her male



coworkers, those problems were not just your standard everyday problems you'd have with your restaurant coworkers?
A. No.
Q. Why is it any different? Why were her problems with female coworkers different than the problems with male coworkers, other than the fact that, for obvious reasons, the females were if females and the males were males?
A. The problems with the females seemed to be not a harassing-type problem, like maybe somebody picked up the wrong salad or somebody gave her a little hard time checking out at the end of a long day. That's pretty normal in any business you have these kind of problems, but dumping milk in the refrigerator is not what I consider normal by any standard after somebody's done their work.
I was in the restaurant business; I managed restaurants. I managed the top restaurant in this state, so I know what normal and not normal instances in restaurants are.
Q. What restaurant?
A. Valley Steak House. I worked in all 11 of the Valley Steak Houses at the time when there was only 11 of them, and I was the manager there on Post Road.



Q. When Linda would complain about the problems she had had at work, did she ever say that she had been mistreated due to her age?
A. I don't recall. I don't recall that, her ever saying that. She could have, and I don't -- I just don't know. I'd be surmising.
Q. On the day that she came home after being terminated, did she say to you that she believed -- did she say to you that she believed she had been fired because she was a woman?
A. Yes.
Q. What did she say?
A. Said these guys get away with everything down there.
Q. Which guys?
A. This clique that would be bothering her.
Q. By clique, who are you referring to?
A. Morin, and the other guy I mentioned, Tom.
Q. Tom McDonald?
A. Yes, not so much Chris Reynolds. There was another one down there. I think his name was -- Tim? Tim Cochran.
Q. Corcoran?
Did she ever mention Regina Curran as being part of that clique?

A. I don't remember the name. Regina?
Q. You mentioned that your wife enjoyed working at The Capital Grille. How did you witness the termination affect her qualify of life?
A. It devastated her.
Q. In what way?
A. She was depressed.
Q. Do you know if she sought any medical treatment for that depression, or is that she just didn't seem herself?
A. No, she was depressed. I've been treated for depression since the early 1990s, and I could see all the symptoms that I have been through with stress and depression and the anxiety in her. She gained weight. Her eating habits were terrible. She all of a sudden would start crying. She had very slow self-esteem. She trusted no one, and Linda was always a very trusting person. Things that she normally did around the house she wouldn't do. Chores were left undone. That's kind of a harsh saying, the chores are -- almost sounds like working on the farms, the chores are to go out and milk the cows. But I'm talking about everyday things that Linda would do like shopping and cooking would not be done. Things that she enjoyed, she enjoyed that.



She loved her home. She loved her house. She loved cleaning her house. She loved her lifestyle from The Capital Grille, that she could have the days off to do as she pleased around the house or lay out by the pool, and those things weren't being done anymore.
Q. Did she seek medical treatment for the depression?
A. I think she mentioned to her doctor about it. That's all I know, but I begged her to seek a professional, many times, because I knew what she was going through. I knew that this wasn't the Linda that I knew. Her self-esteem was just gone.
Q. So it's your understanding that she did speak with a physician at some point?
A. I think she did, but when that would have been, I don't know. She would not discuss it with me.
Q. Did she take any medication that you know of --
A. No.
Q. -- for the depression?
A. No, meaning no, none that I know of.
Q. Prior to bringing the lawsuit that's now in federal court and for which we're here for a deposition today, did she consult with you at all?
A. Yes.
Q. What types of things would she talk about relating to the lawsuit?



A. Really wasn't the thing so much as rather she thought -- rather I thought that she should pursue this.
Q. Did you encourage her to retain an attorney?
A. Yes, but that was previous to the lawsuit.
Q. When was that?
A. That was over her trying to collect her unemployment insurance.
Q. After her termination, she attempted to gain or to obtain her unemployment benefits, is that what you're referring to?
A. That's correct, and The Capital Grille denied it.
Q. And there was an appeal process, and she retained an attorney to represent her in that?
A. That's right, and I think that kind of led one thing to another.
Q. Did she have an attorney prior to that time?
A. No.
Q. In your wife's complaint she mentions that as a result of her termination, she became suicidal at one point?
A. I can believe that.
Q. Did she ever discuss those types of problems with you?



A. No, not directly, but you could feel it in her loss of self-esteem, of her feeling worthless, and the mistrust that she had in everybody. Even today she still has that mistrust, not as bad as it used to be, but it's still there. That was never her, never her.
Q. Your wife is now working as a realtor; is that correct?
A. Yes.
Q. How does she like that job?
A. When she makes a sale, she loves it; when she's having troubles, not so much.
Q. As a recent homeowner, I can understand that.
A. Okay. It is not The Capital Grille.

THE WITNESS: Could I interject something at this point that has something to do with that?

MR. RIPPLE: I don't recall what the last question was.

THE WITNESS: I said it is not The Capital Grille, and does she love her job. You asked if she loved her job --
Q. If your response isn't done, you can add to it.
A. She was with The Capital Grille almost from the beginning. She loved that job. She left a lot of