UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT<br><br>Plaintiff,<br><br>v.<br><br>RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE<br><br>Defendant. | ) | C.A. No. 05-479-ML |

**STIPULATED CONFIDENTIALITY ORDER**

Whereas Plaintiff Linda Elliot ("Plaintiff") and Defendant RARE Hospitality, Inc. ("Defendant") hereby acknowledge that Defendant has or will produce documents to Plaintiff in this case that may contain confidential or sensitive payroll and/or financial information ("Confidential Information"), the parties hereby stipulate:

(1) That documents produced during this case containing Confidential Information will be marked confidential and used solely for purposes of this case and for no other purposes; and

(2) That neither the Confidential Information, nor the documents from which the Confidential Information is obtained, shall be provided to any person or entity other than counsel for Plaintiff or Defendant, this Court, and the parties' fact witnesses relating to this case, except upon application to the Court.

**ENTERED** as an Order of this Court this ______ day of December, 2006.

**ENTER:** **PER ORDER:**

______________________________ ______________________________

**PRESENTED BY:**

RARE HOSPITALITY, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Stephen J. MacGillivray (#5416)
Sheryl D. Hanley (#5439)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
smacgillivray@eapdlaw.com
shanley@eapdlaw.com
rripple@eapdlaw.com

LINDA ELLIOT

By her Attorneys,

/s/ Marta Garrett

Catherine A. Sammartino (#4762)
Marta Garrett (#7130)
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175
cas@sbllp.net