UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-479-ML |
| | : | |
| RARE HOSPITALITY, INC. d/b/a THE CAPITAL GRILLE | : | |
| | : | |
| Defendant. | : | |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM**

Defendant RARE Hospitality, Inc. d/b/a The Capital Grille ("Defendant") hereby moves to extend the deadline to file a Reply Memorandum in response to Plaintiff Linda Elliot's ("Plaintiff") Opposition to Defendant's Motion for Summary Judgment up to and including December 21, 2006. Defendant respectfully submits that counsel for Plaintiff has assented to this extension of time.

RARE HOSPITALITY, INC.

By its Attorneys,

/s/ Stephen J. MacGillivray

Stephen J. MacGillivray (#5416)
Sheryl D. Hanley (#5439)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
smacgillivray@eapdlaw.com
shanley@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8th, 2006, I caused a true and accurate copy of the foregoing document to be served electronically on the following counsel of record:

Catherine Sammartino, Esq.
Marta Garrett, Esq.
Andrew Berg, Esq.
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903

/s/ Stephen J. MacGillivray



PRV_851872_1