UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 04 2007
Property of U.S. District Court
District of Rhode Island

LINDA ELLIOT :
Plaintiff :
:
: C.A.NO.: 05-479ML
v. :
:
:
RARE HOSPITALITY, :
INC., d/b/a THE CAPITAL :
GRILLE :

**ORDER**

This matter came before the Honorable Judge Lisi for hearing on January 3, 2007, on Defendant, Rare Hospitality, Inc., d/b/a The Capital Grille's Motion for Summary Judgment.

After Due Consideration and Argument of Counsel, it is hereby **ORDERED, ADJUDGED** and **DECREED:**

1. That Defendant, Rare Hospitality d/b/a The Capital Grille's Motion for Summary Judgment is Granted as to Plaintiff, Linda Elliot's, Age Based Discrimination Claims; and

2. That Defendant, Rare Hospitality, d/b/a The Capital Grille's Motion for Summary Judgment is DENIED as to the remaining claims, specifically Plaintiff's Gender Discrimination Claims, Retaliation Claim and Claim for Punitive Damages.

ENTER:

Mary M. Lisi
Chief Judge Lisi
Dated: January 16, 2007

PER ORDER:

Barbara Barletta
Clerk
Dated: January 17, 2007

Presented By:

Marta E. Garrett (7130)
SAMMARTINO & BERG LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION**

I hereby certify that on this 9th Day of January, 2007, that I caused a true copy of the within to be filed, via electronic case filing, to the following counsel of record:

Sheryl Hanley, Esquire
Stephen MacGillivray, Esquire
Raymond Ripple, Esquire
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

Marta E. Garrett