UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA ELLIOT | : | |
| v. | : | No. 05-0479-ML |
| RARE HOSPITALITY, INC<br>d/b/a THE CAPITAL GRILLE | : | |

**WITHDRAWAL OF APPEARANCE**

I, Matthew Horvitz, hereby withdraw my appearance as counsel for Butler Hospital with regard to the above-captioned matter.

BUTLER HOSPITAL

By its Attorney,

/s/ Matthew P. Horvitz

Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)
mhorvitz@haslaw.com

**CERTIFICATION**

I hereby certify that on February 5, 2007, a copy of the foregoing Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew P. Horvitz
Matthew P. Horvitz

(17865-37889)
#780182