UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA ELLIOT,

Plaintiff,

v.

RARE HOSPITALITY, INC.,

Defendant.

C.A. No. 05-479-ML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Linda Elliot, by her attorneys, and defendant RARE Hospitality International, Inc., by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

LINDA ELLIOT

By her attorneys,

/s/ Catherine A. Sammartino_____
Catherine A. Sammartino (#4762)
Marta E. Garrett (#7130)
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 (Fax)
cas@sbllp.net
garrett@sbllp.net

RARE HOSPITALITY
INTERNATIONAL, INC.

By its attorneys,

/s/ Stephen J. MacGillivray
/s/ Sheryl D. Hanley
/s/ Raymond M. Ripple________
Stephen J. MacGillivray (#5416)
Sheryl D. Hanley (#5439)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
smacgillivray@eapdlaw.com
shanley@eapdlaw.com
rripple@eapdlaw.com